PRICE, MEESE, SHULMAN & D'ARMINIO, PC
Mack-Cali Corporate Center
50 Tice Boulevard
Woodcliff Lake, NJ  07677
Telephone:  (201) 391-3737
E-Mail:  dkowal@pricemeese.com
Attorneys for Defendant Experian Information Solutions, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LUANN DUNKINSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>CITIGROUP INC. (d/b/a) THD/CITIBANK USA, EXPERIAN, TRANSUNION, OXFORD COLLECTION AGENCY, INC. d/b/a OXFORD MANAGEMENT SERVICES, ANTONIO LAMEIRAS,<br><br>**Defendants.** | Civil No. 10-cv-6489(FLW)(LHG)<br><br>**EXPERIAN INFORMAITON SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Experian Information Solutions, Inc. ("Experian") submits the following Corporate Disclosure Statement pursuant to Fed.R.Civ. P. 7.1(a):

Experian is a non-governmental corporate party.  The ultimate parent company of Experian is Experian plc. Experian plc owns 100 percent of Experian.  Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

                    Respectfully submitted,

                    ___/s/ Dorothy A. Kowal_____
                    Dorothy A. Kowal, Esq.
                    Price, Meese, Shulman & D'Arminio, P.C.
                    50 Tice Boulevard Woodcliff Lake, NJ 07677
                    Ph: (201) 391-3737
                    *Attorneys for Defendant*
Dated: February 14, 2011       *Experian Information Solutions, Inc.*