## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LUANN DUNKINSON** : | |
| : | |
| : | 3:10-cv-06489-FLW -LHG |
| v. : | |
| : | Hearing Date: April 4, 2011 |
| **CITIGROUP INC. (d/b/a)** : | |
| **THD/CITIBANK USA, EXPERIAN,** : | |
| **TRANSUNION, OXFORD** : | |
| **COLLECTION AGENCY, INC. d/b/a** : | |
| **OXFORD MANAGEMENT SERVICES,** : | **O R D E R** |
| **ANTONIO LAMEIRAS,** : | |

**THIS MATTER** having been presented to the Court by defendant Citibank (South Dakota), N.A. (incorrectly sued as Citigroup Inc., d/b/a THD/Citibank USA) ("Citibank"), by and through its counsel of record, for an order dismissing Plaintiff's Complaint, and the Court having considered the motion papers, the opposition thereto, if any, the reply papers, if any, and any arguments of counsel, and for good cause shown:

**IT IS HEREBY ORDERED** that Citibank's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) is **GRANTED IN ITS ENTIRETY** and Plaintiff's Complaint against Citibank is **HEREBY DISMISSED WITH**

**PREJUDICE AND WITHOUT LEAVE TO AMEND.**

Date: _____    _____
                                    THE HONORABLE FREDA L. WOLFSON
                                    UNITED STATES DISTRICT COURT JUDGE

2