## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LUANN DUNKINSON** : | |
| : | |
| : | 3:10-cv-06489-FLW -LHG |
| **v.** : | |
| : | Hearing Date: April 4, 2011 |
| **CITIGROUP INC. (d/b/a)** : | |
| **THD/CITIBANK USA, EXPERIAN,** : | |
| **TRANSUNION, OXFORD** : | |
| **COLLECTION AGENCY, INC. d/b/a** : | |
| **OXFORD MANAGEMENT SERVICES,** : | |
| **ANTONIO LAMEIRAS,** : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2011, a copy of the foregoing Motion to Dismiss Plaintifff's Complaint pursuant to Fed.R. Civ. P. 12(b)6 was served upon all counsel of record via ECF and upon all unrepresented parties via US Mail, postage pre-paid.

                                                   s/Joan P. Depfer
                                                    Joan P. Depfer