UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUANN DUNKINSON,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC. (d/b/a) THD/CITIBANK USA, et al.,<br><br>Defendants. | Civil Action No.:<br>10-6489 (PGS)<br><br>ORDER |

**SHERIDAN, U.S.D.J.**

WHEREAS this matter came before the Court on defendants Trans Union's motion for attorney's fees and costs for filing [Docket Entry No. 35], and

WHEREAS Plaintiff's counsel contacted the Court to request an adjournment to respond to Trans Union's motion; and

WHEREAS this Court considered the parties' submissions and decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78, and for the reasons stated on the record;

IT IS on this 9th day of February, 2012,

ORDERED that defendant Trans Union's motion for attorney's fees and costs for filing [Docket Entry No. 35] is DENIED; and

ORDERED that Plaintiff's counsel's request for an adjournment is DENIED.

_____
PETER G. SHERIDAN, U.S.D.J.

February 9, 2012